STATE *ex rel.* ATTORNEY-GENERAL *v.* WM. D. BISHOP.

1. State *ex rel.* Attorney-General *v.* Steers, *ante*, p. 223, affirmed.

*Application for quo warranto.*

*H. B. Johnson*, Attorney-General, and *Geo. H. Shields*, for relator.

*Dryden, Lindley & Dryden*, for defendant.

WAGNER, Judge, delivered the opinion of the court.

The information in this case alleges that the defendant has unlawfully usurped and intruded into the office of assessor of Ralls county. The record exhibits the same facts and the same question which we have just passed upon in the case of The State v. Steers. In accordance with the opinion therein expressed, judgment of ouster will be rendered against the defendant, with costs. The other judges concur.